IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AYOUB ELKHOUDIRI,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and UPGRADE, INC.,<br><br>    Defendant. | Case No. 5:24-cv-00026-BO-BM<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT UPGRADE, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Ayoub Elkhoudiri and Defendant Upgrade, Inc. ("Upgrade"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Upgrade only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: September 4, 2024

                                        /s/ Ryan D. Peterson
                                      Ryan D. Peterson, MN #0389607
                                      CONSUMER ATTORNEYS
                                      6600 France Ave, Suite 602
                                      Edina, Minnesota 55435
                                      E: rpeterson@consumerattorneys.com
                                      T: (651) 315-7656
                                      F: (718) 715-1750

Dawn McCraw
North Carolina Bar No. 54714
CONSUMER ATTORNEYS
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
F: (718) 715-1750
E: dmccraw@consumerattorneys.com

*Attorneys for Plaintiff*
*Ayoub Elkhoudiri*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Michael Adamski*